

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 23, 2020

**BY EMAIL**
The Honorable Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Bornwakim Pilgrim*, 20 Mag. 7643

Dear Judge McCarthy:

      The Government respectfully requests that the currently sealed complaint in the above-referenced case be unsealed, in advance of the defendant's presentment. The Government will serve a copy of this letter and the complaint on defense counsel Sam Braverman, Esq. The Government is available to answer any questions the Court may have.

      Very truly yours,

      AUDREY STRAUSS
      Acting United States Attorney

      by: /s Samuel L. Raymond
          Samuel L. Raymond
          Assistant United States Attorney
          (212) 637-6519

cc: Sam Braverman (by email)

SO ORDERED:

_____  7-23-2020
JUDITH C. McCARTHY
United States Magistrate Judge