UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Plaintiff,           **MEDICAL ORDER**

      -against-                                       20 Mag. 7643

BORNWAKIM PILGRIM,

                              Defendant.
---------------------------------------------------------------x

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

        The above-named defendant has been remanded to the custody of the U.S. Marshals following an appearance before this Court.  During the proceeding, defense counsel informed the Court that the defendant experiences back pain and suffers from several mental health issues.

        The Court directs the Correctional Facility to provide the defendant with a full medical and psychiatric examination and provide any additional necessary treatment.

Dated:  July 24, 2020
           White Plains, New York

                                                    **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge